## Savo *v.* Savo, Appellant.

Argued November 18, 1975. *Milton D. Rosenberg,* with him *W. Bryan Pizzi, II,* and *Bloom, Bloom, Rosenberg & Bloom,* for appellant; *Sanford S. Finder,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.

JACOBS, J., absent.

## Schroth, Appellant, *v.* Lombardo.

Before REILLY, JR., P.J., without a jury.

Argued November 17, 1975. *Clarence R. Kramer,* with him *Kramer & Marsh,* for appellant; *Bernard J. McGowan,* with him *Laurance B. Seaman,* for appellee.

Order and judgment affirmed.

## Simco et vir *v.* Gettens, Appellant.

Before SMITH, JR., J.

Argued November 21, 1975. *William K. Herrington,* with him *Charles H. Alpern,* and *Weis & Weis,* for appellant; *Charles E. Evans,* with him *Sikov and Love,* for appellees.

Judgment affirmed.